IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HUBERT JACKSON, )
        Petitioner, )
)
v. ) Civil Action No. 14-1530
)
)
TREVOR A. WINGARD, et al., )
        Respondents. )

O R D E R

AND NOW, this 22nd day of May, 2015, after the petitioner, Hubert Jackson, filed a petition for a writ of habeas corpus, and after the respondents filed a motion to dismiss, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner and the amendment to the objections, which essentially reargue his response to the motion to dismiss, and upon independent review of the petition, the motion and the record and upon consideration of the magistrate judge's Report and Recommendation (ECF No. 30), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to dismiss the petition for a writ of habeas corpus filed by respondents (ECF No. 25) is granted and the petition is dismissed as time barred and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this order he must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3 of the Federal Rules of Appellate

Procedure

<u>/s/ Joy Flowers Conti</u>  
Joy Flowers Conti  
United States Chief District Judge

cc: Hubert Jackson
 AJ-2373
 SCI Somerset
 1600 Walters Mill Road
 Somerset, PA 15510